| |
|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>FRANK ALFANO,<br><br><br>                              **Debtor** |

Case No.:  07-28962 MS

## NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 7067-1

   Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $9,288.62, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:       CHRYLSER FINANCIAL
                            PO BOX 9223
                            FARMINGTON HILLS, MI  48334

Amount:                     $9,288.62

Trustee Claim Number:       1

Court Claim Number:         1

Reason:                      Checks have been returned as undeliverable


                                              By:   /S/  Marie-Ann Greenberg
                                                    _____
Dated:  May 25, 2011                                MARIE-ANN GREENBERG
                                                    CHAPTER 13 STANDING TRUSTEE